# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PATTON, ANGELA DENISE §  Case No. 14-19137-H

§

§

Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on May 21, 2014. The undersigned trustee was appointed on April 02, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $            91,400.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 33.61 |
| Bank service fees | 336.70 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 15,000.00 |

Leaving a balance on hand of[1]          $            76,029.69

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 07/20/2015 and the deadline for filing governmental claims was 07/20/2015.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,549.45.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,549.45, for a total compensation of $5,549.45.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2017          By: /s/EUGENE CRANE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19137-H

**Case Name:** PATTON, ANGELA DENISE

**Period Ending:** 03/13/17

**Trustee:** (330350)   EUGENE CRANE

**Filed (f) or Converted (c):** 05/21/14 (f)

**§341(a) Meeting Date:** 07/08/14

**Claims Bar Date:** 07/20/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 90.00 | 80.00 | | 0.00 | FA |
| 2 | Charter I Checking Acct, xxxx0302<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Dina Taylor 326 S. Hoyne Ave., Fl 1 Chicago, IL<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | 2 bedroom sets, dining room table, breakfast tab<br>Imported from original petition Doc# 1 | 2,500.00 | 500.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel;<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2007 Toyota Camry Hybrid with 100,000 miles<br>Imported from original petition Doc# 1 | 4,500.00 | 1,520.00 | | 0.00 | FA |
| 7 | PI Sttlement Proceeds held in Prudential Annuity  (u)<br>  Asset was not disclosed to Trustee originally.<br>Trustee has to get a structured settlement in the State<br>Court for the estate since this is an annuity. | Unknown | 750,000.00 | | 91,400.00 | FA |
| 7 | **Assets    Totals** (Excluding unknown values) | **$9,290.00** | **$752,100.00** | | **$91,400.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/24/2017: Distribution re-run and TFR re-submitted to USTO for review (dk)

02/24/2017: Claim no. 1, filed by US Dept of Education was withdrawn, account is paid in full per creditor (dk)

02/17/2017: TFR filed with USTO for review (dk)

12/30/2016: Settlement reached with High Point, funds rec'd; filed motion to pay Debtor interim payment, will close case (dk)

03/17/2016: State Court hearing on 03/31 to approve structured settlement payments (dk)

01/20/2016: Settlement reached with JG Wentworth to buy annuity payments (dk)

04/16/2015: Filed initial report of assets to set bar date (dk)

04/14/2015: Employed CHSW&C as counsel (dk)

04/01/2015: EC re-appointed as Trustee (dk)

03/31/2015: Case re-opened to administer litigation  settlement (dk)

03/24/2015: Trustee was notified of litigation with Amtrak; settlement was reached in the sum of $750,000 that was not listed in schedules.  Debtor has been receiving 400/month from settlement.  $250,000-275,000 lump sum.  Trustee will re-open case to administer unscheduled asset. (dk)

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-19137-H | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** PATTON, ANGELA DENISE | **Filed (f) or Converted (c):** 05/21/14 (f) |
| | **§341(a) Meeting Date:** 07/08/14 |
| **Period Ending:** 03/13/17 | **Claims Bar Date:** 07/20/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   December 31, 2016       **Current Projected Date Of Final Report (TFR):**   February 28, 2017

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19137-H

**Case Name:** PATTON, ANGELA DENISE

**Taxpayer ID #:** **-***3335

**Period Ending:** 03/13/17

**Trustee:** EUGENE CRANE (330350)

**Bank Name:** Rabobank, N.A.

**Account:** ******4166 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/15 | | JG Wentworth | Deposit test | 1129-000 | 80,000.00 | | 80,000.00 |
| 12/07/15 | | JG Wentworth | Reversed Deposit 100001 1 Deposit test | 1129-000 | -80,000.00 | | 0.00 |
| 09/20/16 | {7} | Prudential Insurance Company of America | Partial Settlement Per Court Order | 1242-000 | 6,400.00 | | 6,400.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,390.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,380.00 |
| 11/15/16 | {7} | Highpoint Funding, LLC | Sale of Portion of Debtor's Structured Annuity per Court Order entered on Aug. 30, 2016 | 1242-000 | 83,000.00 | | 89,380.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.32 | 89,314.68 |
| 12/07/16 | {7} | Highpoint Funding, LLC | Final payment of PI settlement held in Structured Annuity buyout | 1242-000 | 2,000.00 | | 91,314.68 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.21 | 91,184.47 |
| 01/03/17 | 101 | Angela Denise Patton | Partial Payment of Debtor's Surplus Estate; Per Court Order entered 01/03/2017 | 8200-002 | | 15,000.00 | 76,184.47 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.17 | 76,063.30 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; Bond no. 016073584 | 2300-000 | | 33.61 | 76,029.69 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 91,400.00 | 15,370.31 | **$76,029.69** |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 91,400.00 | 15,370.31 | |
| Less: Payments to Debtors | | | 15,000.00 | |
| **NET Receipts / Disbursements** | | **$91,400.00** | **$370.31** | |

| | |
|---|---|
| Net Receipts : | 91,400.00 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $76,400.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4166** | **91,400.00** | **370.31** | **76,029.69** |
| | **$91,400.00** | **$370.31** | **$76,029.69** |

Printed:  03/13/17 02:42 PM                                                                                           Page:  1

# Claims Proposed Distribution

## Case:  14-19137-H   PATTON, ANGELA DENISE

**Case Balance:**  $76,029.69    **Total Proposed Payment:**  $76,029.69    **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | 260.00 | 260.00 | 0.00 | 260.00 | 260.00 | 75,769.69 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:**   Filing fee to Reopen Case No. 14-19137 | | | | | | | |
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 75,419.69 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:**   Adversary filing fee for Case No. 15-00339 | | | | | | | |
| | Clerk of U.S. Bankruptcy Court | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 350.00 | 350.00 | 75,069.69 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | **Claim Memo:**   Adversary filing fee for Case No. 15-00630 | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 642.10 | 642.10 | 0.00 | 642.10 | 642.10 | 74,427.59 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 36,951.50 | 36,951.50 | 0.00 | 36,951.50 | 36,951.50 | 37,476.09 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch. 7 | 5,549.45 | 5,549.45 | 0.00 | 5,549.45 | 5,549.45 | 31,926.64 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| | **Claim Memo:**   [Updated by Surplus to Debtor Report based on Net Estate Value: 47994.54] | | | | | | | |
| 1 | U.S. Department of Education | Unsecured | 15,394.13 | 0.00 | 0.00 | 0.00 | 0.00 | 31,926.64 |
| | **Claim Memo:**   Claim withdrawn on 02/24/2017 by creditor. | | | | | | | |
| 2 | American InfoSource LP as agent for | Unsecured | 581.43 | 581.43 | 0.00 | 581.43 | 581.43 | 31,345.21 |
| 3 | American InfoSource LP as agent for | Unsecured | 122.97 | 122.97 | 0.00 | 122.97 | 122.97 | 31,222.24 |
| 4 | LVNV Funding, LLC its successors and assigns as | Unsecured | 385.03 | 385.03 | 0.00 | 385.03 | 385.03 | 30,837.21 |
| 5 | PEOPLES GAS LIGHT & COKE COMPANY | Unsecured | 959.94 | 959.94 | 0.00 | 959.94 | 959.94 | 29,877.27 |
| 6 | City Of Chicago Department of Revenue | Unsecured | 873.95 | 873.95 | 0.00 | 873.95 | 873.95 | 29,003.32 |
| 7 | Monterey Financial Svc | Unsecured | 588.70 | 588.70 | 0.00 | 588.70 | 588.70 | 28,414.62 |
| 2I | American InfoSource LP as agent for | Unsecured | 1.52 | 1.52 | 0.00 | 1.52 | 1.52 | 28,413.10 |
| 3I | American InfoSource LP as agent for | Unsecured | 0.32 | 0.32 | 0.00 | 0.32 | 0.32 | 28,412.78 |
| 4I | LVNV Funding, LLC its successors and assigns as | Unsecured | 1.00 | 1.00 | 0.00 | 1.00 | 1.00 | 28,411.78 |

Printed:  03/13/17 02:42 PM                                                                                      Page:  2

# Claims Proposed Distribution

## Case:  14-19137-H   PATTON, ANGELA DENISE

**Case Balance:**  $76,029.69        **Total Proposed Payment:**  $76,029.69        **Remaining Balance:**      $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 5I | PEOPLES GAS LIGHT & COKE COMPANY | Unsecured | 2.50 | 2.50 | 0.00 | 2.50 | 2.50 | 28,409.28 |
| 6I | City Of Chicago Department of Revenue | Unsecured | 2.28 | 2.28 | 0.00 | 2.28 | 2.28 | 28,407.00 |
| 7I | Monterey Financial Svc | Unsecured | 1.54 | 1.54 | 0.00 | 1.54 | 1.54 | 28,405.46 |
| SURPLUS | PATTON, ANGELA DENISE | Unsecured | 43,405.46 | 43,405.46 | 15,000.00 | 28,405.46 | 28,405.46 | 0.00 |
| | **Total for Case 14-19137 :** | | **$106,423.82** | **$91,029.69** | **$15,000.00** | **$76,029.69** | **$76,029.69** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $44,103.05 | $44,103.05 | $0.00 | $44,103.05 | 100.000000% |
| **Total Unsecured Claims :** | $62,320.77 | $46,926.64 | $15,000.00 | $31,926.64 | 100.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**          Exhibit D

Case No.: 14-19137-H
Case Name: PATTON, ANGELA DENISE
Trustee Name: EUGENE CRANE

**Balance on hand:**                    $          76,029.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:                          $          76,029.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 5,549.45 | 0.00 | 5,549.45 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 36,951.50 | 0.00 | 36,951.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 642.10 | 0.00 | 642.10 |
| Charges, U.S. Bankruptcy Court | 960.00 | 0.00 | 960.00 |

Total to be paid for chapter 7 administration expenses:     $          44,103.05
Remaining balance:                                          $          31,926.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $          0.00
Remaining balance:                                              $          31,926.64

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 31,926.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,923.32 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department of Education | 0.00 | 0.00 | 0.00 |
| 2 | American InfoSource LP as agent for | 581.43 | 0.00 | 581.43 |
| 3 | American InfoSource LP as agent for | 122.97 | 0.00 | 122.97 |
| 4 | LVNV Funding, LLC its successors and assigns as | 385.03 | 0.00 | 385.03 |
| 5 | PEOPLES GAS LIGHT & COKE COMPANY | 959.94 | 0.00 | 959.94 |
| 6 | City Of Chicago Department of Revenue | 873.95 | 0.00 | 873.95 |

Total to be paid for timely general unsecured claims: $ 2,923.32

Remaining balance: $ 29,003.32

Tardily filed claims of general (unsecured) creditors totaling $ 588.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Monterey Financial Svc | 588.70 | 0.00 | 588.70 |

Total to be paid for tardy general unsecured claims:  $ 588.70

Remaining balance:  $ 28,414.62

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance:  $ 28,414.62

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $9.16.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 28,405.46.

**UST Form 101-7-TFR (05/1/2011)**