IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
Angela Denise Patton, )   Case No. 14-19137
 )   Chapter 7
Debtor. )   Judge Jacqueline P. Cox
 )

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS )
 )
COUNTY OF COOK )

    The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served electronically and/or via First Class U.S. mail, postage pre-paid, to the names and addresses listed on the attached Service List on the 16th day of March 2017, before the hour of 5:00 p.m.

                                                                /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## SERVICE LIST

*Parties served electronically:*
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Forrest L. Ingram
Forrest L. Ingram, Atty at Law
6101E N. Sheridan, #9A
Chicago, IL 60660-2875

Timothy R. Casey
Drinker Biddle & Reath LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606

*Parties served U.S. Mail:*
Angela Denise Patton
326 S. Hoyne Ave., 2nd Floor
Chicago, IL 60612

Angela Denise Patton
1014 S. 2nd Avenue, Apt. 1N
Maywood, IL 60153

Dina Carroll
326 S. Hoyne Ave., 1st Floor
Chicago, IL 60612-3049

The Prudential Insurance Co.
  of America
Prudential Plaza
Newark, NJ 07102-3777

AT&T U-Verse
70 W. Madison Street
Chicago, IL 60602-4252

Comcast
1119 Harrison Street
Maywood, IL 60153-3171

Credit Managment
4200 International Pkwy
Carrollton, TX 75007-1912

Enterprise
7630 W. Roosevelt Road, #73
Forest Park, IL 60130-3051

First Premier Bank
3820 N. Louise Ave.
Sioux Falls, SD 57107

LVNV Funding, LLC
  assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MCSI Inc.
P.O. Box 327
Palos Heights, IL 60463-0327

Mid South Credit Bureau
P.O. Box 1567
Paris, TN 38242

Monterey Financial Svc
P.O. Box 5199
Oceanside, CA 92052-5199

National Credit Adjust
P.O. Box 3023
Hutchinson, KS 67504-3023

NCO Financial Systems
600 Holiday Plaza Drive
Matteson, IL 60443-2238

Peoples Gas
Attn: Bankruptcy Dept.
130 E. Randolph, 17th Floor
Chicago, IL 60601-6207

Peoples Gas
P.O. Box 19100
Green Bay, WI 54307-9100

Peoples Gas Light & Coke Co.
200 E. Randolph Street
Chicago, IL 60601

Sonnenschein Fnl Svcs
2 Transam Plaza Dr., Ste 3
Oakbrook Terrace, IL 60181-4823

Stellar Recovery Inc.
1327 Highway 2 Wes
Kalispell, MT 59901

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

City of Chicago
Department of Revenue
c/o Arnold Scott Harris PC
111 W. Jackson, Suite 600
Chicago, IL 60604

Montfort Jones Memorial
Hospital
MSCB, Inc.
P.O. Box 1567
Paris, TN 38242-1567

US Department of Education
c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

American InfoSource LP
  as agent for
T Mobile/T-Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124-8848

CAC Financial Corp.
2601 NW Expressway
Suite 1000E
Oklahoma City, OK 73112-7238

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   PATTON, ANGELA DENISE   §   Case No. 14-19137-H
         §
         §
         §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30am on 04/20/2016 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/16/2017        By:   /s/Eugene Crane
                                     Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: PATTON, ANGELA DENISE | § | Case No. 14-19137-H |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 91,400.00 |
| *and approved disbursements of* | $ 15,370.31 |
| *leaving a balance on hand of* [1] | $ 76,029.69 |
| **Balance on hand:** | $ 76,029.69 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 76,029.69 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 5,520.57 | 0.00 | 5,549.45 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 36,951.50 | 0.00 | 36,951.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 642.10 | 0.00 | 642.10 |
| Charges, U.S. Bankruptcy Court | 960.00 | 0.00 | 960.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 44,103.05 |
| Remaining balance: | $ | 31,926.64 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 31,926.64

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 31,926.64

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,923.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department of Education | 0.00 | 0.00 | 0.00 |
| 2 | American InfoSource LP as agent for | 581.43 | 0.00 | 581.43 |
| 3 | American InfoSource LP as agent for | 122.97 | 0.00 | 122.97 |
| 4 | LVNV Funding, LLC its successors and assigns as | 385.03 | 0.00 | 385.03 |
| 5 | PEOPLES GAS LIGHT & COKE COMPANY | 959.94 | 0.00 | 959.94 |
| 6 | City Of Chicago Department of Revenue | 873.95 | 0.00 | 873.95 |

Total to be paid for timely general unsecured claims: $ 2,923.32
Remaining balance: $ 29,003.32

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 588.70 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Monterey Financial Svc | 588.70 | 0.00 | 588.70 |

Total to be paid for tardy general unsecured claims: $ 588.70
Remaining balance: $ 28,414.62

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 28,414.62

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $9.16. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 28,405.46.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/EUGENE CRANE
_____
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**