**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PATTON, ANGELA DENISE    § Case No. 14-19137-H
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $9,290.00  *(without deducting any secured claims)* | Assets Exempt: $7,190.00 |
| Total Distribution to Claimants: $3,521.18 | Claims Discharged Without Payment: $14,954.00 |
| Total Expenses of Administration: $44,473.36 | |

    3) Total gross receipts of $ 91,400.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 43,405.46 (see **Exhibit 2**), yielded net receipts of $47,994.54 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 44,473.36 | 44,473.36 | 44,473.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,583.00 | 18,915.31 | 3,521.18 | 3,521.18 |
| **TOTAL DISBURSEMENTS** | $31,583.00 | $63,388.67 | $47,994.54 | $47,994.54 |

4) This case was originally filed under Chapter 7 on May 21, 2014. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2017          By: /s/EUGENE CRANE
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit test | 1129-000 | 80,000.00 |
| Reversed Deposit 100001 1 Deposit test | 1129-000 | -80,000.00 |
| PI Sttlement Proceeds held in Prudential Annuity | 1242-000 | 91,400.00 |
| **TOTAL GROSS RECEIPTS** | | **$91,400.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Angela Denise Patton | Partial Payment of Debtor's Surplus Estate; Per Court Order entered 01/03/2017 | 8200-002 | 15,000.00 |
| ANGELA DENISE PATTON | Final Payment of Dividend paid 100.00% on $43,405.46; BALANCE DUE on SURPLUS to DEBTOR $28,405.46 | 8200-002 | 28,405.46 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$43,405.46** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - EUGENE CRANE | 2100-000 | N/A | 5,549.45 | 5,549.45 | 5,549.45 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 36,951.50 | 36,951.50 | 36,951.50 |
| Attorney for Trustee Expenses (Trustee Firm) - Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 642.10 | 642.10 | 642.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.32 | 65.32 | 65.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 130.21 | 130.21 | 130.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 121.17 | 121.17 | 121.17 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 33.61 | 33.61 | 33.61 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$44,473.36** | **$44,473.36** | **$44,473.36** |

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Department of Education | 7100-000 | 14,859.00 | 15,394.13 | 0.00 | 0.00 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 581.43 | 581.43 | 581.43 |
| 2I | American InfoSource LP as agent for | 7990-000 | N/A | 1.52 | 1.52 | 1.52 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 122.97 | 122.97 | 122.97 |
| 3I | American InfoSource LP as agent for | 7990-000 | N/A | 0.32 | 0.32 | 0.32 |
| 4 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 385.03 | 385.03 | 385.03 |
| 4I | LVNV Funding, LLC its successors and assigns as | 7990-000 | N/A | 1.00 | 1.00 | 1.00 |
| 5 | PEOPLES GAS LIGHT & COKE COMPANY | 7100-000 | 1,235.00 | 959.94 | 959.94 | 959.94 |
| 5I | PEOPLES GAS LIGHT & COKE COMPANY | 7990-000 | N/A | 2.50 | 2.50 | 2.50 |
| 6 | City Of Chicago Department of Revenue | 7100-000 | 214.00 | 873.95 | 873.95 | 873.95 |
| 6I | City Of Chicago Department of Revenue | 7990-000 | N/A | 2.28 | 2.28 | 2.28 |
| 7 | Montfort Jones Memorial Hospital | 7200-000 | 321.00 | 588.70 | 588.70 | 588.70 |
| 7I | Montfort Jones Memorial Hospital | 7990-000 | N/A | 1.54 | 1.54 | 1.54 |
| NOTFILED | National Credit Adjust | 7100-000 | 682.00 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 785.00 | N/A | N/A | 0.00 |
| NOTFILED | Monterey Financial Svc | 7100-000 | 373.00 | N/A | N/A | 0.00 |
| NOTFILED | Mcsi Inc | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Sonnenschein Fnl Svcs | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 5,191.00 | N/A | N/A | 0.00 |
| NOTFILED | Stellar Recovery Inc | 7100-000 | 847.00 | N/A | N/A | 0.00 |
| NOTFILED | Stellar Recovery Inc | 7100-000 | 523.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 2,675.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial Systems, | 7100-000 | 2,172.00 | N/A | N/A | 0.00 |
| NOTFILED | Sonnenschein Fnl Svcs | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Mgmt | 7100-000 | 523.00 | N/A | N/A | 0.00 |
| NOTFILED | Unknown | 7100-000 | 283.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$31,583.00** | **$18,915.31** | **$3,521.18** | **$3,521.18** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19137-H  
**Case Name:** PATTON, ANGELA DENISE  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/21/14 (f)  
**§341(a) Meeting Date:** 07/08/14  

**Period Ending:** 06/22/17  

**Claims Bar Date:** 07/20/15  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 90.00 | 80.00 | | 0.00 | FA |
| 2 | Charter I Checking Acct, xxxx0302<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Dina Taylor 326 S. Hoyne Ave., Fl 1 Chicago, IL<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | 2 bedroom sets, dining room table, breakfast tab<br>Imported from original petition Doc# 1 | 2,500.00 | 500.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel;<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 2007 Toyota Camry Hybrid with 100,000 miles<br>Imported from original petition Doc# 1 | 4,500.00 | 1,520.00 | | 0.00 | FA |
| 7 | PI Sttlement Proceeds held in Prudential Annuity (u)<br>Asset was not disclosed to Trustee originally.<br>Trustee has to get a structured settlement in the State<br>Court for the estate since this is an annuity. | Unknown | 750,000.00 | | 91,400.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$9,290.00** | **$752,100.00** | | **$91,400.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/14/2017: TFR filed with Court, Final Hearing set for 04/20 at 9:30am J-Cox (dk)

02/24/2017: Distribution re-run and TFR re-submitted to USTO for review (dk)

02/24/2017: Claim no. 1, filed by US Dept of Education was withdrawn, account is paid in full per creditor (dk)

02/17/2017: TFR filed with USTO for review (dk)

12/30/2016: Settlement reached with High Point, funds rec'd; filed motion to pay Debtor interim payment, will close case (dk)

03/17/2016: State Court hearing on 03/31 to approve structured settlement payments (dk)

01/20/2016: Settlement reached with JG Wentworth to buy annuity payments (dk)

04/16/2015: Filed initial report of assets to set bar date (dk)

04/14/2015: Employed CHSW&C as counsel (dk)

04/01/2015: EC re-appointed as Trustee (dk)

03/31/2015: Case re-opened to administer litigation settlement (dk)

03/24/2015: Trustee was notified of litigation with Amtrak; settlement was reached in the sum of $750,000 that was not listed in schedules. Debtor has been receiving 400/month from settlement. $250,000-275,000 lump sum. Trustee will re-open case to administer unscheduled asset. (dk)

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-19137-H  
**Case Name:** PATTON, ANGELA DENISE  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/21/14 (f)  
**§341(a) Meeting Date:** 07/08/14  

**Period Ending:** 06/22/17  

**Claims Bar Date:** 07/20/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2016    **Current Projected Date Of Final Report (TFR):** March 14, 2017 (Actual)

Printed: 06/22/2017 12:57 PM    V.13.30

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-19137-H  
**Case Name:** PATTON, ANGELA DENISE  
**Taxpayer ID #:** **-***3335  
**Period Ending:** 06/22/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/07/15 | | JG Wentworth | Deposit test | 1129-000 | 80,000.00 | | 80,000.00 |
| 12/07/15 | | JG Wentworth | Reversed Deposit 100001 1 Deposit test | 1129-000 | -80,000.00 | | 0.00 |
| 09/20/16 | {7} | Prudential Insurance Company of America | Partial Settlement Per Court Order | 1242-000 | 6,400.00 | | 6,400.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,390.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,380.00 |
| 11/15/16 | {7} | Highpoint Funding, LLC | Sale of Portion of Debtor's Structured Annuity per Court Order entered on Aug. 30, 2016 | 1242-000 | 83,000.00 | | 89,380.00 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.32 | 89,314.68 |
| 12/07/16 | {7} | Highpoint Funding, LLC | Final payment of PI settlement held in Structured Annuity buyout | 1242-000 | 2,000.00 | | 91,314.68 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.21 | 91,184.47 |
| 01/03/17 | 101 | Angela Denise Patton | Partial Payment of Debtor's Surplus Estate; Per Court Order entered 01/03/2017 | 8200-002 | | 15,000.00 | 76,184.47 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.17 | 76,063.30 |
| 02/03/17 | 102 | INTERNATIONAL SURETIES, LTD. | Blanket Bond Payment; Bond no. 016073584 | 2300-000 | | 33.61 | 76,029.69 |
| 04/20/17 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $36,951.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 36,951.50 | 39,078.19 |
| 04/20/17 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $642.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 642.10 | 38,436.09 |
| 04/20/17 | 105 | EUGENE CRANE | Dividend paid 100.00% on $5,549.45, Trustee Compensation;  Reference: | 2100-000 | | 5,549.45 | 32,886.64 |
| 04/20/17 | 106 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs Adversary Complaint open fee; Case No. 15-00630 | 2700-000 | | 350.00 | 32,536.64 |
| 04/20/17 | 107 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs, Adversary Case Opening Fee; Case No. 15-00339 | 2700-000 | | 350.00 | 32,186.64 |
| 04/20/17 | 108 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Fee to Re-Open Ch 7 Case no. 14-19137 | 2700-000 | | 260.00 | 31,926.64 |
| 04/20/17 | 109 | American InfoSource LP as agent for | Dividend paid 100.00% on $581.43; Claim# 2; Filed: $581.43;Account ending xxxx4829 | 7100-000 | | 581.43 | 31,345.21 |
| 04/20/17 | 110 | American InfoSource LP as agent for | Dividend paid 100.00% on $122.97; Claim# 3; Filed: $122.97; Account ending xxxx6100 | 7100-000 | | 122.97 | 31,222.24 |

Subtotals :   $91,400.00   $60,177.76

{} Asset reference(s)                                                                                      Printed: 06/22/2017 12:57 PM    V.13.30

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-19137-H  
**Case Name:** PATTON, ANGELA DENISE  

**Taxpayer ID #:** **-***3335  
**Period Ending:** 06/22/17  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/17 | 111 | LVNV Funding, LLC as assignee of FNBM, LLC | Dividend paid 100.00% on $385.03; Claim# 4; Filed: $385.03; Account ending 4640 | 7100-000 | | 385.03 | 30,837.21 |
| 04/20/17 | 112 | PEOPLES GAS LIGHT & COKE COMPANY | Dividend paid 100.00% on $959.94; Claim# 5; Filed: $959.94; Account 5500067419398 | 7100-000 | | 959.94 | 29,877.27 |
| 04/20/17 | 113 | City Of Chicago Department of Revenue | Dividend paid 100.00% on $873.95; Claim# 6; Filed: $873.95; Notice #5134752350 | 7100-000 | | 873.95 | 29,003.32 |
| 04/20/17 | 114 | Montfort Jones Memorial Hospital | Dividend paid 100.00% on $588.70; Claim# 7; Filed: $588.70; Reference # 9198 Account # xxx4665 | 7200-000 | | 588.70 | 28,414.62 |
| 04/20/17 | 115 | American InfoSource LP as agent for | Dividend paid 100.00% on $1.52;  Interest on Claim# 2I; | 7990-000 | | 1.52 | 28,413.10 |
| 04/20/17 | 116 | American InfoSource LP as agent for | Dividend paid 100.00% on $0.32; Interest on Claim# 3I; | 7990-000 | | 0.32 | 28,412.78 |
| 04/20/17 | 117 | LVNV Funding, LLC as assignee of FNBM, LLC | Dividend paid 100.00% on $1.00; Interest on Claim# 4I | 7990-000 | | 1.00 | 28,411.78 |
| 04/20/17 | 118 | PEOPLES GAS LIGHT & COKE COMPANY | Dividend paid 100.00% on $2.50; Interest on Claim# 5I; | 7990-000 | | 2.50 | 28,409.28 |
| 04/20/17 | 119 | City Of Chicago Department of Revenue | Dividend paid 100.00% on $2.28; Interest on Claim# 6I; | 7990-000 | | 2.28 | 28,407.00 |
| 04/20/17 | 120 | Montfort Jones Memorial Hospital | Dividend paid 100.00% on $1.54; Interest on Claim# 7I; Reference #xxxx9198; Account #xxx4665 | 7990-000 | | 1.54 | 28,405.46 |
| 04/20/17 | 121 | ANGELA DENISE PATTON | Final Payment of Dividend paid 100.00% on $43,405.46; BALANCE DUE on SURPLUS to DEBTOR $28,405.46 | 8200-002 | | 28,405.46 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 91,400.00 | 91,400.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 91,400.00 | 91,400.00 | |
| Less: Payments to Debtors | | 43,405.46 | |
| **NET Receipts / Disbursements** | **$91,400.00** | **$47,994.54** | |

{} Asset reference(s)

Printed: 06/22/2017 12:57 PM     V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 14-19137-H | | **Trustee:** | EUGENE CRANE (330350) |
|---|---|---|---|---|
| **Case Name:** | PATTON, ANGELA DENISE | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******4166 - Checking Account |
| **Taxpayer ID #:** | **-***3335 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/22/17 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
                Net Receipts :      91,400.00
         Less Payments to Debtor :  43,405.46
                                   _____
                   Net Estate :    $47,994.54
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4166** | 91,400.00 | 47,994.54 | 0.00 |
| | $91,400.00 | $47,994.54 | $0.00 |

{} Asset reference(s)

Printed: 06/22/2017 12:57 PM     V.13.30